IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD PASLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT SCI HUNTINGDON, ET AL. | : | NO. 19-4277 |

# ORDER

**AND NOW**, this 8th day of November, 2021, this Court having entered an Order contemporaneously with this one ruling on Petitioner's Objections to United States Magistrate Judge Carol Sandra Moore Wells's Report and Recommendation ("R&R"), approving and adopting the R&R except in one small respect, dismissing and denying the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, and declining to issue a certificate of appealability, **IT IS HEREBY ORDERED** as follows:

1. **JUDGMENT IS ENTERED** in favor of Respondents and against Petitioner.

2. The Clerk is directed to **CLOSE** Civil Action No. 19-4277.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.